# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **IVAN MITCHELL,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | 09-cv-513-bbc |
| **MICHAEL THURMER, Warden,** **Waupun Correctional Institution,** | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the petition of Ivan Mitchell for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for his failure to exhaust his state court remedies.

**PETER A. OPPENEER**
_____
**Peter A. Oppeneer, Clerk**

**Connie A. Korth**                                                                                   **8/21/09**
_____                                   _____
**by Deputy Clerk**                                                                                      **Date**